**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CASE NO. 4:05CR32 |
| | § | |
| KENNETH RAY TALLENT, III | § | |

**MEMORANDUM ADOPTING REPORT AND**
**RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the above-referenced criminal action, this court having heretofore referred the request for revocation of Defendant's supervised release to the United States Magistrate Judge for proper consideration. The court has received the report of the United States Magistrate Judge pursuant to its order.

The court has conducted a *de novo* review of Defendant's arguments herein and has overruled Defendant's objections to the report. The court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and that Defendant's arguments are without merit.

The court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the court. It is therefore **ORDERED** that Defendant's supervised release is hereby **REVOKED**. It is further **ORDERED** that Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of twenty one (21) months, with no supervised release to follow.

**IT IS SO ORDERED.**

**SIGNED this the 15th day of July, 2009.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE